UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-00754-RLY-MJD |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw Preliminary Injunction Motion. [Dkt. 17.] The Court, being duly advised, hereby **GRANTS** the motion. The Clerk is directed to show Plaintiff Jasper Wirtshafter's Motion for Preliminary Injunction [Dkt. 5] as **WITHDRAWN**.

SO ORDERED.

Dated: 10 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.