UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, <br> BENJAMIN ROBINSON, Ph.D., <br> MADELEINE MELDRUM, <br><br> *Plaintiffs*, <br> v. <br><br> THE TRUSTEES OF INDIANA UNIVERSITY, <br> in their official capacities; PAMELA WHITTEN, <br> in her individual and official capacity as President <br> of Indiana University, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:24-cv-00754-RLY-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' NOTICE OF EXTENSION OF TIME

Defendants, by counsel, hereby notify the Court of an initial 28-day extension of time to answer or otherwise respond to Plaintiffs' Complaint in accordance with S.D. Ind. L. R. 6-1(a). Defendants show the Court as follows:

1) the deadline to respond to Plaintiffs' Complaint has not previously been extended;

2) Defendants' responsive pleading is currently due on or before May 29, 2024. With the 28-day extension, Defendants' responsive pleading will now be due on or before June 26, 2024;

3) the extension does not interfere with the Case Management Plan, scheduled hearings or trials, or other deadlines set by Court order; and

4) counsel for Defendants has conferred with counsel for Plaintiffs and they have agreed to this extension of time.

Respectfully submitted,

<u>*s/ John R. Maley*</u>
John R. Maley
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone: (317) 231-7464
Email: john.maley@btlaw.com
amanda.gallagher@btlaw.com
charity.seaborn@btlaw.com

*Counsel for Defendants*

DMS 43344812.1