UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JASPER WIRTSHAFTER, et al.,          )
                                     )
                Plaintiffs,          )
                                     )
        v.                           )        No. 1:24-cv-00754-RLY-MJD
                                     )
THE TRUSTEES OF INDIANA UNIVERSITY,  )
et al.,                              )
                                     )
                Defendants.          )

**ORDER**

This matter comes before the Court on Defendants' Unopposed Motion Regarding

Attendance at Settlement Conference. [Dkt. 29.]  The motion requests leave for Senior Litigation

Counsel, Anne Jbrara, and counsel of record, as the representative with full authority in her

complete, independent discretion to settlement the case for up to the amount of Plaintiffs' most

recent settlement demand, and to execute any settlement documents on behalf of Defendants, to

represent Defendant Pamela Whitten at the November 15, 2024, settlement conference.  That

motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendant Whitten is excused from

attending the settlement conference in person, so long as the following conditions are satisfied:

(1) Defendant must be represented at the settlement conference by an individual, other than their

counsel of record in this case, with the complete, independent and discretionary authority to

settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most

recent settlement demand, as required by the Court's order setting the settlement conference,

[Dkt. 27 at 1-2 & n.1]; (2) an individual must be present for the settlement conference with the

authority to execute any and all settlement documents on behalf of Defendant, which individual

may be her counsel of record; and (3) Defendant Pamela Whitten must be available by telephone during the course of the settlement conference in the event her participation in the conference is deemed necessary by the Magistrate Judge.  In the event Defendant Pamela Whitten cannot or will not comply with the above stated conditions, then Defendant's motion is denied.

SO ORDERED.

Dated:  5 SEP 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.