UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:24-cv-00754-RLY-MJD |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to File Amended Complaint. [Dkt. 35.] The motion is **GRANTED**. Plaintiffs shall file their Amended Complaint, in substantially the same form as that found at Docket Number 35-1, **within seven days of the date of this Order.**

SO ORDERED.

Dated: 5 SEP 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.