UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-00754-RLY-MJD |
| | ) |
| PAMELA WHITTEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendants' Unopposed Motion Regarding November 15 Combined Settlement Conference. [Dkt. 29.] The motion is hereby **GRANTED**. Subparagraph (3) of the Court's September 5, 2024 order regarding attendance at the settlement conference [Dkt. 37 at 2] is hereby amended as follows: "(3) Vice President and General Counsel Tony Prather must be available by telephone during the course of the settlement conference in the event his participation in the conference is deemed necessary by the Magistrate Judge."  All other requirements of that order remain in effect.

SO ORDERED.

Dated:  30 SEP 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.