UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-00754-RLY-MJD |
| ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, ) et al., ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR JANUARY 6, 2025
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

Following a discussion with the parties, the Court's order at Docket No. 62 is hereby amended as follows:

Plaintiffs shall file their memorandum in support of the motion for preliminary injunction [Dkt. 61], as well as any supporting evidentiary material, by no later than **February 10, 2025**. Defendants will file their memorandum in response to the motion for preliminary injunction, as well as any supporting evidentiary material, by no later than **February 25, 2025**. Plaintiffs will file any reply memorandum in support of the motion for preliminary injunction, by no later than **March 4, 2025**.

All other requirements of the Court's order at Docket No. 62 remain in effect.

This matter is scheduled for a telephonic status conference on **Monday, February 24, 2025 at 1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by

calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 8 JAN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.