UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JASPER WIRTSHAFTER, *et al.*,        )
                                     )
        Plaintiffs,              )
                                     )
        v.                       )     No. 1:24-cv-754-RLY-MJD
                                     )
PAMELA WHITTEN, *et al.*,            )
                                     )
        Defendants.              )

**Submission of Exhibits in Support of Motion for Preliminary Injunction**

Plaintiffs, by counsel, submit the below-listed exhibits referred to in their

Memorandum in Support of Motion for Preliminary Injunction that is being filed on this

date.

        Exhibit 1:    The deposition of Doug Booher taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, with exhibits

        Exhibit 2    The Second Declaration of Heather Akou, with attachment

        Exhibit 3    The Second Declaration of Anjali Biswas

        Exhibit 4    The Second Declaration of Bryce Greene, with attachment

        Exhibit 5    The Second Declaration of David McDonald, with attachment

        Exhibit 6    The Second Declaration of Madeleine Meldrum

        Exhibit 7    The Second Declaration of Maureen Murphy

        Exhibit 8    The Second Declaration of Sarah Phillips, with attachment

        Exhibit 9    The Second Declaration of Benjamin Robinson, with attachment

[1]

Exhibit 10     The Second Declaration of Jess Tang

Exhibit 11     The Second Declaration of Jasper Wirtshafter

WHEREFORE, plaintiffs submit the above-referenced exhibits.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiffs