UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | )   No. 1:24-cv-00754-RLY-MJD |
| PAMELA WHITTEN In her individual capacity as President of Indiana University, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to File Second Amended Complaint for Damages and Declaratory and Injunctive Relief. [Dkt. 68.] The motion is **GRANTED**. Plaintiffs shall file their Second Amended Complaint, in substantially the same form as that found at Docket No. 68-3, as well as the exhibits thereto, **within three days of the date of this Order**.

In light of this ruling, Plaintiffs' previous motion to amend, [Dkt. 64], is **DENIED AS MOOT**.

SO ORDERED.

Dated: 10 FEB 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.