UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE TRUSTEES OF INDIANA UNIVERSITY, ) <br> et al., ) <br> ) <br> Defendants. ) | No. 1:24-cv-00754-RLY-MJD |

**MINUTE ENTRY FOR FEBRUARY 24, 2025
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

With the agreement of the parties, in light of the filing of Plaintiffs' Second Renewed Motion for Preliminary Injunction [Dkt. 73], Plaintiffs' Renewed Motion for Preliminary Injunction [Dkt. 61] is **DENIED AS MOOT**.

This matter is scheduled for a telephonic status conference on **Tuesday, July 8, 2025 at 2:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 24 FEB 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.