UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, BENJAMIN ROBINSON, MADELEINE MELDRUM, HEATHER AKOU, ANJALI BISWAS, BRYCE GREENE, DAVID MCDONALD, MAUREEN MURPHY, SARAH PHILLIPS, AND JESS TANG,<br><br>　　　　*Plaintiffs*,<br>　v.<br><br>PAMELA WHITTEN, *in her individual and official capacity as President of Indiana University*; BENJAMIN HUNTER, *in his individual capacity as Associate Vice President and Superintendent for Public Safety of Indiana University*; and THE TRUSTEES OF INDIANA UNIVERSITY, *in their official capacities*,<br><br>　　　　*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:24-cv-754-RLY-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' APPENDIX IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PRELIMINARY INJUNCTION**

Defendants respectfully submit this Appendix consisting of evidence in support of their Response in Opposition to Preliminary Injunction:

**TABLE OF CONTENTS**

| *Description* | *Exhibit* |
|---|---|
| Declaration of Margo Bennett | A |
| Declaration of Benjamin Hunter | B |
| Declaration of Doug Booher | C |

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
Dylan A. Pittman
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    (317) 231-7464
Email:          jmaley@btlaw.com
                    dylan.pittman@btlaw.com
                    amanda.gallagher@btlaw.com
                    charity.seaborn@btlaw.com

*Counsel for Defendants*