UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-754-RLY-MJD |
| | ) |
| PAMELA WHITTEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Notice of Filing of Omitted Attachment**

Plaintiffs, by counsel, say that:

1. On February 8, 2025, they filed their exhibits in support of Motion for Preliminary Injunction (Dkt. 69), which included the Second Declaration of Bryce Greene (Dkt. 69-4).

2. The declaration states that attached to it as was a "notice concerning violating the Expressive Activity Policy." (*Id.* at 2).

3. Undersigned counsel recently realized that he had not attached the notice.

4. The notice is attached to this filing.

5. Counsel apologizes for his error.

WHEREFORE, plaintiffs file the omitted attachment to the Second Declaration of Bryce Greene.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

                                                    317/635-4059
                                                    fax: 317/635-4105
                                                    kfalk@aclu-in.org

                                                    Attorney for Plaintiffs

[2]