Case 1:24-cv-00754-RLY-MJD   Document 90   Filed 03/12/25   Page 1 of 3 PageID #:
Case 1:24-cv-00754-RLY-MJD   Document 74   Filed 02/11/25   Page 1 of 2 PageID #:
579
473

# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| JASPER WIRTSHAFTER, *et al*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| vs. | ) Cause No: 1:24-cv-754-RLY-MJD |
| | ) |
| PAMELA WHITTEN, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

    Benjamin Hunter
    Indiana University Associate Vice President and
        Superintendent for Public Safety
    1469 E. 17th Street
    Bloomington, IN 47408

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

        Kenneth Falk / Gavin Rose / Stevie Pactor
        ACLU of Indiana
        1031 E. Washington St.
        Indianapolis, IN 46202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Kristine L. Seufert

BY: _____
        *Deputy Clerk*

Date:   02/11/2025

Civil Summons (Page 2)

Civil Action Number: Cause No: 1:24-cv-754-RLY-MJD

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **Benjamin Hunter, I.U. Assoc. V.P**

was received by me on *(date)* **2/11/25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **CMRRR**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/11/25**

[signature]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Benjamin Hunter
   Indiana University Associate Vice President and
   Superintendent for Public Safety
   1469 E. 17th Street
   Bloomington, IN 47408

   9590 9402 9034 4122 3885 18

2. Article Number *(Transfer from service label)*
   7022 3330 0002 2377 2098

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by *(Printed Name)*: Shari McMasters
C. Date of Delivery: 1/13/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Chad Blackwelder
Litigation Support Specialist

ACLU of Indiana
1031 East Washington Street
Indianapolis, IN 46202

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70223330000223772098

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:42 am on February 13, 2025 in BLOOMINGTON, IN 47408.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

BLOOMINGTON, IN 47408
February 13, 2025, 10:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package