UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-00754-RLY-MJD |
| ) | |
| THE TRUSTEES OF INDIANA ) | |
| UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING JOINT MOTION TO CONSOLIDATE TRIAL WITH THE PENDING PRELIMINARY INJUNCTION MOTION**

Pursuant to Federal Rule of Civil Procedure 65(a)(2), the parties have jointly moved to consolidate the trial on the merits of their "Expressive Activity Policies claim" with the court's consideration of Plaintiffs' motion for preliminary injunction. (Filing No. 92). Having reviewed the motion, the court **DENIES** the parties' Joint Motion to Consolidate Trial with the Pending Preliminary Injunction Motion (Filing No. 92).

**IT IS SO ORDERED** this 13th day of May 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.