# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| JASPER WIRTSHAFTER, et al.<br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>THE TRUSTEES OF INDIANA UNIVERSITY, et al.<br>　　　　　　　Defendant(s) | )<br>)<br>)<br>) CASE NO. 1:24–cv–00754–RLY–MJD<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL/DISQUALIFICATION

　　In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

　　IT IS SO ORDERED.


DATE: May 28, 2025　　　　　　　　　　 s/   Magistrate Judge Mark J. Dinsmore
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Southern District of Indiana