UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JASPER WIRTSHAFTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00754-RLY-MKK |
| | ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PRELIMINARY INJUNCTION**

Today, the court found that Indiana University's Expressive Activity Policy's requirement to obtain prior approval for certain expressive activities during the overnight hours of 11:00 p.m. to 6:00 a.m. is likely unconstitutional under the First Amendment. Consistent with the court's Entry, Defendants Pamela Whitten and the Trustees of Indiana University are **PRELIMINARILY ENJOINED** from enforcing the Expressive Activity Policy to the extent it prohibits the following activities on Indiana University property if they occur without prior permission between the hours of 11:00 p.m. and 6:00 a.m.: protesting, making speeches, circulating petitions, and all other unapproved conduct and activities otherwise prohibited. This injunction shall last until the court enters final judgment in this action or an order of this court or a higher court dissolves the injunction.

**IT IS SO ORDERED** this 29th day of May 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.