UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER,<br>BENJAMIN ROBINSON PHD,<br>MADELEINE MELDRUM,<br>HEATHER AKOU,<br>DAVID MCDONALD,<br>MAUREEN MURPHY,<br>ANJALI BISWAS,<br>JESS TANG,<br>SARAH PHILLIPS,<br>BRYCE GREENE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF INDIANA UNIVERSITY,<br>PAMELA WHITTEN In her individual capacity as President of Indiana University,<br>BENJAMIN HUNTER In his individual capacity as Associate Vice President and Superintendent for Public Safety of Indiana University,<br><br>    Defendants. | No. 1:24-cv-00754-RLY-MKK |

### ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Amend their Final Witness and Exhibit Lists. Dkt. [116]. The Court, having considered the matter fully, now **GRANTS** the Motion. Defendants' Amended Final Witness and Exhibit Lists, (Dkt. 116-1), is accepted and deemed as timely filed.

**IT IS SO ORDERED.**

Date: 7/17/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF

1