UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASPER WIRTSHAFTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-00754-RLY-MKK |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PERMANENT INJUNCTION**

Today, the court found that Indiana University's August 2024 Policy, which was in effect from August 2024 to November 2024, violated the First Amendment. Consistent with the court's Entry, Defendants Pamela Whitten and the Trustees of Indiana University are hereby **ORDERED** to expunge all disciplinary action taken against Plaintiffs Heather Akou, Bryce Greene, Sarah Phillips, Benjamin Robinson, and David McDonald because of their violation of the August 2024 Policy.

**IT IS SO ORDERED** this 8th day of January 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1